IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

GOODEN L. TOWNSELL III,

Petitioner,

vs.

ROB JEFFREY,

Respondent.

8:26CV201

ORDER

This matter is before the Court on Petitioner's Motion for Leave to Proceed in Forma Pauperis ("IFP"). Filing No. 2. Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 fee. 28 U.S.C. § 1914(a). The Court has reviewed the application to proceed IFP pursuant to 28 U.S.C. § 1915(a)(1)–(2). Petitioner's trust account information shows that Petitioner's account contained an average monthly balance of $100 or more for the six-month period immediately preceding the filing of the petition. Filing No. 8. Thus, the Court concludes that Petitioner must be required to pay the $5.00 filing fee because Petitioner has the financial ability to do so. *See* 28 U.S.C. § 1915(a). No further review of this case will take place until the fee is paid.

IT IS THEREFORE ORDERED that:

1.    Petitioner's request to proceed IFP, Filing No. 2, is denied.

2.    Petitioner must pay the $5.00 filing fee within 30 days. Petitioner is warned that if the fee is not paid as required, the Court may dismiss this case without further notice.

1

2

3.    The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **July 6, 2026**: deadline for Petitioner to pay $5.00 filing fee.

4.    No further review of this case will take place until the filing fee is paid.


Dated this 5th day of June, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge