IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

GOODEN L. TOWNSELL III,

Petitioner,

vs.

ROB JEFFREY,

Respondent.

**8:26CV201**

**MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. On July 13, 2026, the Court entered an order requiring Petitioner to show cause within 30 days why his case should not be dismissed for failure to pay the $5.00 filing fee. Filing No. 10. However, the July 13 order was entered in error as the Court received Petitioner's payment on June 29, 2026, but the payment was not initially docketed due to a clerical error. *See* Text Entry dated June 29, 2026; Filing No. 11.

IT IS THEREFORE ORDERED that the Clerk's Office is instructed to strike the Memorandum and Order entered July 13, 2026, Filing No. 10. Petitioner is advised that the next step in this case is for the Court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases. The Court will conduct this review in its normal course of business.

Dated this 4th day of August, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court